This proceeding was conducted by reliable video or telephone conferencing technology

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       March 31, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                     7:21CR153 (PMH)

        -v-

**DUMAR KINDLE,**                                            Consent to Proceed by
                                                                        <u>Video or Teleconference</u>

                        **Defendant.**
-----------------------------------------------------------x

The defendant, **DUMAR KINDLE**, having been informed by undersigned counsel of her right to be physically present in Court for the matter identified below, hereby voluntarily consents to participate in the following proceedings via

__X__ videoconferencing or __X__ teleconferencing:

        __X__ Initial Appearance Before a Judicial Officer

        __X__ Arraignment on Indictment

        _____ Bail/Detention Hearing

        __X__ Status Conference before District Judge


_*Dumar Kindle* by Bruce Koffsky__                      _/s/ *Bruce D. Koffsky*_____
Defendant's Signature                                        Defendant's Counsel's Signature
(Judicial Officer may obtain verbal
Consent on the Record and Sign for
Defendant)


__Dumar Kindle___                                                    _Bruce D. Koffsky_____
Print Defendant's Name                                        Print Counsel's Name

## CERTIFICATION

THIS IS TO CERTIFY that on March 16, 2021, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

\_\_/s/ *Bruce D. Koffsky*\_\_\_\_\_
Bruce D. Koffsky