UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
v.                                         :        **ORDER**
                                           :
**Dumar Kindle et al**                     :        21 CR 153 (PMH)
                    Defendants.            :
                                           :
------------------------------------------------------------x

A **Status conference** in this matter is scheduled for today 10/14/21 at 12:30pm.

Members of the press and public may call the same number below but will not be permitted to speak during the conference.

    **Dial-In Number**:    **(888) 398-2342**
    **Access Code:**      **3456831**

Dated: October 14, 2021                              SO ORDERED:

 

_____
Philip M. Halpern, U.S.D.J.