UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

7:21CR153 (PMH)

-v-

DUMAR KINDLE,

Consent to Proceed by
Video or Teleconference

Defendant.
-----------------------------------------------------------------x

The defendant, **DUMAR KINDLE**, having been informed by undersigned counsel of her right to be physically present in Court for the matter identified below, hereby voluntarily consents to participate in the following proceedings via

__X__ videoconferencing or __X__ teleconferencing:

_____ Initial Appearance Before a Judicial Officer

_____ Arraignment on Indictment

_____ Bail/Detention Hearing

__X__ Status Conference before District Judge on October 14, 2021

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 14, 2021

_Dumar Kindle_ by Bruce Koffsky__
Defendant's Signature
(Judicial Officer may obtain verbal
Consent on the Record and Sign for
Defendant)

/s/ _Bruce D. Koffsky_____
Defendant's Counsel's Signature

__Dumar Kindle___
Print Defendant's Name

_Bruce D. Koffsky_____
Print Counsel's Name

1