UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

7:21CR153 (PMH)

-v-

DUMAR KINDLE,

**Consent to Proceed by**
**Video or Teleconference**

Defendant.

------------------------------------------------------------X

The defendant, **DUMAR KINDLE**, having been informed by undersigned counsel of her right to be physically present in Court for the matter identified below, hereby voluntarily consents to participate in the following proceedings via __X__ videoconferencing or __X__ teleconferencing:

_____ Initial Appearance Before a Judicial Officer

_____ Arraignment on Indictment

_____ Bail/Detention Hearing

__X__ Status Conference before District Judge on January 6, 2022

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        January 5, 2022

_Dumar Kindle by Bruce Koffsky__
Defendant's Signature
(Judicial Officer may obtain verbal
Consent on the Record and Sign for
Defendant)

_/s/ Bruce D. Koffsky_____
Defendant's Counsel's Signature

__Dumar Kindle___
Print Defendant's Name

_Bruce D. Koffsky_____
Print Counsel's Name

1