March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-

Dumar Kindle ,
                     Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

7:21-CR-153 (PMH)

Defendant __Dumar Kindle_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_XX_ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence


/s/ *Dumar Kindle* by Bruce Koffsky
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Dumar Kindle
Print Defendant's Name

/s/ *Bruce D. Koffsky*_____
Defense Counsel's Signature


Bruce D. Koffsky___
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

**March 8, 2022**
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~