> Application granted in part.
>
> Mr. Kindle's change of plea hearing shall proceed in Courtroom 520 at 3:30 p.m. on August 3, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 115.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        July 22, 2022

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**Re:** *United States v. Dumar Kindle*, 21 Cr. 153 (PMH)

Dear Judge Halpern:

    The Government respectfully writes to request that the Court schedule a change-of-plea hearing for defendant Dumar Kindle in the above-titled matter. The parties understand from communications with Chambers that the Court has availability for the proceeding on August 2, 2022 at 2:30 p.m.

    Accordingly, the parties respectfully ask that the Court set the requested change-of-plea hearing for August 2, 2022 at 2:30 p.m. for defendant Dumar Kindle.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney

             by: _____
                  Nicholas S. Bradley
                  Assistant United States Attorney
                  (212) 637-1581

cc:    Counsel of Record (by CM/ECF)