LAW OFFICES OF

# KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

---

> Application granted.
>
> The sentencing for Defendant Dumar Kindle is adjourned from February 7, 2023 to May 8, 2023 at 10:00 a.m. in Courtroom 520.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          January 27, 2023

**Via ECF**

Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

   **RE:   United States v. Dumar Kindle**
   **Case No.: 7:21-cr-00153-PMH-1**

Dear Judge Halpern:

   I am appointed counsel for defendant Dumar Kindle in the above matter. Mr. Kindle is currently scheduled to be sentenced before the Court on February 7, 2023, but I respectfully request that the Court adjourn the defendant's sentencing to March 13, 2022, or a date thereafter convenient to the Court and to all parties. I make this request for the following reason.

   I am appointed counsel for a defendant in the District of Connecticut who stood charged with a gun-point Hobbs Act robbery that resulted in the murder of a Stamford jewelry store owner. The matter, <u>U.S. v. Thomas Liberatore, et al</u>., 3:20cr86 (KAD), was scheduled for a December 2022 trial and I spent much of November in preparation. Jury selection and evidence commenced the first week of December and continued through December 19, 2022 whereupon on the last day of the government's evidence, I tested positive for Covid and was forced to quarantine. I did not return to my office until the second week of January and as a result, have not had sufficient opportunity to prepare Mr. Kindle for his sentencing nor draft a sentencing memorandum for the Court's consideration.

   I have discussed this application with A.U.S.A. Nicholas Bradley who has informed me that the government has no objection to this request.

   For the above stated reasons, I respectfully request that the Court adjourn the defendant's sentencing.

                              Respectfully submitted,
                              /s/ *Bruce D. Koffsky*
                              Bruce D. Koffsky

cc:   All Counsel of Record